1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

9

CENTRAL DISTRICT OF CALIFORNIA

10

11    TERRI VANESSA TUCKER,                         Case No. 2:20-06702 JFW (ADS)

12                          Plaintiff,

13                   v.                              ORDER ACCEPTING UNITED STATES
                                                     MAGISTRATE JUDGE'S REPORT AND
14    MUSIC ROYALTY CONSULTING, INC.,                RECOMMENDATION

15                          Defendant.

16

17          Pursuant to 28 U.S.C. § 636, the Court has reviewed the Third Amended

18    Complaint ("TAC") filed by Plaintiff Terri Vanessa Tucker, (Dkt. No. 42), Defendant's

19    Motion to Dismiss Plaintiff's Third Amended Complaint Pursuant to Rule 12(b)(6)

20    ("Motion to Dismiss"), (Dkt. No. 104), Plaintiff's opposition to the Motion, (Dkt. No.

21    111), Defendant's Reply in Support of Defendant's Motion to Dismiss Plaintiff's Third

22    Amended Complaint Pursuant to Rule 12(b)(6), (Dkt. No. 112), the Report and

23    Recommendation of United States Magistrate Judge, (Dkt. No. 125), and Defendant's

24    Partial Objection to Report and Recommendation, (Dkt. No. 126).  The Court has

engaged in a <u>de novo</u> review of those portions of the Report and Recommendation to which objections were made and overrules the objection.  Accordingly, the Court accepts the finding and recommendations of the Magistrate Judge.

Accordingly, IT IS HEREBY ORDERED:

1.    The Report and Recommendation, (Dkt. No. 125), is accepted:

2.    Defendant's Motion to Dismiss is granted, (Dkt. No. 104);

3.    Plaintiff is granted leave to amend the complaint only as to the two issues identified in the Report and Recommendation.  Plaintiff must file her Fourth Amended Complaint by no later than **January 3, 2022**; and

4.    The reference in this case pursuant to General Order No. 05-07 is withdrawn.

DATED:   December 5, 2021

_____
THE HONORABLE JOHN F. WALTER
United States District Judge